IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| Michael Roberta father and as Personal Representative of the Estate of Ashley Roberta, et al. | : : : : |
| Plaintiffs, | : : |
| v. | : Case No. 1:11-CV-1116-TSE-JFA : |
| DAS Enterprises, Inc., et al. | : : |
| Defendants. | : |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiffs and their counsel, hereby give notice that the above captioned action is voluntarily dismissed, without prejudice against all Defendants.

Respectfully submitted,

January 3, 2012

/S/ *Daniel S. Ward*
Daniel S. Ward VSB 45978
Ward & Ward PLLC
2020 N Street, NW
Washington, DC 20036
(202) 331-8160
(202) 503-1455 Fax dan@wardlawdc.com

ATTORNEY FOR PLAINTIFFS